IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-220-7 |
| | * | |
| HUBER ROMERO | * | |

O R D E R

Presently before the Court is Defendant's pro se motion for compassionate release because he has terminable cancer; Defendant has attached a memorandum from his place of imprisonment stating that he has less than 12 months to live.

Defendant pled guilty to conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine. He was sentenced to serve 270 months in prison on August 14, 2014. This sentence was later reduced to 216 months. It is worth noting that Defendant is an illegal alien subject to deportation upon his release. He is currently housed at the Federal Medical Center in Butner, North Carolina ("FMC Butner"), and was admitted to the Comfort Care Unit on December 18, 2018.

On December 21, 2018, the President signed the First Step Act, which modified 18 U.S.C. § 3582(c)(1)(A) to allow a defendant to move a federal district court for compassionate release "after the defendant has fully exhausted all administrative rights to

appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier."

Through his motion, Defendant has failed to show when and if he has requested his release from the Warden of FMC Butner or that he has otherwise exhausted his administrative remedies.[1] Accordingly, Defendant's motion to reduce sentence (doc. 515) is premature and is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Upon inquiry, the United States Probation Office has been informed that Defendant's request for compassionate release with the Warden of FMC Butner is being assessed by his case manager at this time.

2